UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Reginald Harris,

          Plaintiff,

v.

James CM Lee, et al.,

          Defendants.

Case No. 2:22-cv-561-MJP-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants Dr. Areig Awad and Bo Stanbury's motion for summary judgment (Dkt. 14) is GRANTED and all of Plaintiff's claims against each of these Defendants are DISMISSED WITH PREJUDICE; and

(3) Defendant James C.M. Lee's motion for summary judgment (Dkt. 19) is GRANTED and all claims against Dr. Lee are DISMISSED WITHOUT PREJUDICE; Dated this **6** day of ~~June~~ July, 2023.

Marsha J. Pechman
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1